NOT FOR PUBLICATION

FILED

DEC 16 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10359 |
| Plaintiff - Appellee, | D.C. No. 2:13-cr-00289-LDG |
| v. | |
| PHILLIP GREENE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Lloyd D. George, District Judge, Presiding

Submitted December 9, 2015[**]

Before:     WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

Phillip Greene appeals from the district court's judgment and challenges the

262-month sentence imposed following his jury-trial conviction for being a felon

in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).  We have

jurisdiction under 28 U.S.C. § 1291, and we vacate and remand for resentencing.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Greene challenges the district court's conclusion that his conviction under Nevada Revised Statutes § 199.305 is a violent felony under the residual clause of the Armed Career Criminal Act, 18 U.S.C. § 924(e)(2)(B)(ii). We agree with the parties that the judgment should be vacated and the case remanded in light of *Johnson v. United States*, 135 S. Ct. 2551, 2557 (2015), which held that the residual clause is unconstitutionally vague.

**VACATED and REMANDED for resentencing.**

14-10359